UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PEARLINE SMITH,

                    Plaintiff,

         -against-

NYCHA, et ano.

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/03/09

08 Civ. 4717 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff moves for reconsideration of the Court's order granting a motion to dismiss, or for summary judgment dismissing, the amended complaint and for other relief.

        Plaintiff correctly points out that the Court inadvertently granted the motion before the full time allotted to her to file opposing papers had expired. Accordingly, the motion for reconsideration is granted, and the Court has considered the papers she now has tendered. On reconsideration, however, it adheres to its original decision. Nor is there any sufficient basis for the other relief she seeks.

        SO ORDERED.

Dated:       November 3, 2009

                                      Lewis A. Kaplan
                                United States District Judge